IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **GREYHOUND LINES, INC.,**<br><br>　　　　Plaintiff,<br><br>　v.<br><br>**ADIRONDACK TRANSIT LINES, INC.,**<br>*et al.,*<br><br>　　　　Defendants. | Case No. 1:15-cv-8109-RA-jlc |

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JAN 29 2016

## THIRD STIPULATION AND ORDER STAYING PROCEEDINGS

1. This is the Third Proposed Stipulation and Order staying proceedings in this matter.

2. These proceedings previously were stayed for 30 days to allow the parties time to engage in settlement discussions. (Doc. 24). Subsequently, the stay was extended for an additional 45 days to allow the parties further time to engage in such discussions. (Doc. 26).

3. The parties collectively believe that settlement discussions to date have been productive, and that an additional 45-day stay of proceedings may facilitate a potential resolution in this complex matter.

4. Defendants have filed a motion to dismiss, stay or transfer (the "Southern District Transfer Motion") in this action. Upon the entry of a stay pursuant to this Stipulation, Plaintiff's deadline to respond to the Southern District Transfer Motion is extended for 45 days to March 16, 2016. Defendants' deadline to file a reply in connection with the Southern District Transfer Motion is extended for 45 days to March 23, 2016.

5.	A related action filed by Adirondack Transit Lines, Inc., Pine Hill-Kingston Bus Corp., Inc. and Passenger Bus Corp. is pending in the United States District Court for the Northern District of New York as <u>Adirondack Transit Lines, et al. v. Greyhound Lines, Inc., et al.</u>, No. 1:15 cv 1227-LEK-CFH, (the "Northern District Action"). Defendants have filed a motion to transfer venue (the "Northern District Transfer Motion") in the Northern District Action. The parties' proposed stipulation in the Northern District Action (the "Northern District Proposed Stay") stays that action for 45 days, and stays for 45 days plaintiff's obligation to respond to the Northern District Transfer Motion.

6.	In the event the Court in the Northern District Action declines to enter the Northern District Proposed Stay, the parties herein have agreed that (1) this Stipulation shall be deemed null and void, and (2) any stay ordered pursuant to this Stipulation shall be deemed vacated, upon any party's providing written notice to this Court that such Court has declined to Order the Northern District Proposed Stay.

7.	Defendants' time to answer or otherwise respond to Plaintiff's complaint, if necessary, is extended to 14 days after resolution, by the applicable Court, of the later of (1) the Northern District Transfer Motion; or (2) the Southern District Transfer Motion.

8.	This Stipulation may be executed in any number of counterparts, each of which shall be deemed an original, but all of which together will constitute one and the same instrument. A facsimile or other electronic transmission of a duly executed counterpart of this Stipulation shall be as valid, in all respects, as an original.

| | |
|---|---|
| Dated: January 29, 2016<br><br>**NOLAN & HELLER, LLP**<br><br>By: s/ Justin A. Heller, Esq.<br>    Justin A. Heller, Esq.<br>    39 North Pearl Street, 3rd Floor<br>    Albany, New York 12207<br>    Tel: (518) 449-3300<br>    Fax: (518) 432-3123<br><br>**VINSON & ELKINS, LLP**<br>Alden L. Atkins, Esq.<br>Crystal Y'Barbo Stapley, Esq.<br>2200 Pennsylvania Avenue NW<br>Suite 500 West<br>Washington, DC 20037-1701<br>(202) 639-6500<br><br>*Attorneys for Defendants Adirondack Transit Lines, Inc.; Pine Hill-Kingston Bus Corp., Inc.; and Passenger Bus Corp.* | Dated: January 29, 2016<br><br>**KING & SPALDING LLP**<br><br>By: s/ Chandra M. Kurien, Esq.<br>    Bobby R. Burchfield, Esq.<br>    Chandra M. Kurien, Esq.<br>    1700 Pennsylvania Avenue, N.W.<br>    Washington, DC 20006<br>    (202) 626-8980<br><br><br>*Attorneys for Plaintiff Greyhound Lines, Inc.* |

Application granted. No additional stays will be granted absent good cause.
**SO ORDERED:**

_____
**Hon. Ronnie Abrams**
**United States District Judge**
1/29/16

114079-1